# In the United States Court of Federal Claims

No. 99-516T

(Filed: January 10, 2006)

JIM WALTER RESOURCES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 15, 2003, the parties filed a joint status report. This report indicated that although the parties had agreed on what the eventual stipulation for entry of judgment concerning the principal amount would contain, "the Justice Department decided to raise a jurisdictional issue," "[t]he parties have begun negotiations on the subject, and the plaintiff is now deciding whether to submit an amended offer."

Subsequent joint status reports were filed on March 15, 2004, June 14, 2004, and September 13, 2004. Each of these reports was an identical copy of the December 15, 2003, report, and no progress of any kind was described.

On December 13, 2004, the parties filed a joint status report that contained the identical language to the previous reports, but added a note that a similar case, *Clintwood Elkhorn Mining Co. et al. v. United States*, No. 00-249T, was docketed for appeal in the Federal Circuit. The parties indicated that "[t]he *Clintwood* case will potentially bring all unresolved issues to the attention of the Federal Circuit."

Further joint status reports were filed on March 14, 2005, and June 13, 2005. Each of these reports was an identical copy of the December 13, 2004, report, and no progress of any kind was described.

On September 12, 2005, the parties filed a joint status report that was identical to the previous three reports, but changed the language concerning the impact of the *Clintwood* case to

read "[t]he Clintwood case will potentially bring **several** unresolved issues in the present case to the attention of the Federal Circuit." (emphasis added).

On December 12, 2005, the parties filed a joint status report that was identical to the September 12, 2005, report.

This case was stayed by the court pending a resolution of the underlying merits. It was not stayed pending the resolution of *Clintwood Elkhorn Mining Co. et al. v. United States*, currently on appeal to the Federal Circuit. Nor is it at all clear that such a stay would be granted.

Accordingly, on or before February 8, 2006, the parties shall file a joint status report indicating specifically the status of settlement negotiations concerning the principal amount of tax at issue. The court expects that this status report will detail significant progress, as it does not appear that any progress has been made since the joint status report filed on December 15, 2003. Subsequent joint status reports shall be filed March 10, 2006, and every 30 days thereafter, unless a stipulation of dismissal has been filed with the court.

Alternatively, the parties may file a motion to stay this matter pending the decision in *Clintwood Elkhorn Mining Co.*, setting forth in that motion a discussion of the specific issues in this case that likely would be resolved by the Federal Circuit. If the court is unconvinced that this case should be stayed pending that decision, or, alternatively, if the status reports filed do not indicate that this case is making significant progress toward settlement, the court will restore this case to the active docket and set a schedule for further proceedings. This order shall supercede all existing status report orders.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge