IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-516 T
(Judge Allegra)

JIM WALTER RESOURCES, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's Order of January 10, 2006, the parties submit this Joint Status Report. This document is being filed electronically.

On February 19, 2003, the plaintiff asked the defendant to stipulate to entry of judgment for an amount of coal excise tax imposed on exported coal in quarters for which the plaintiff had filed no timely claim for refund. In such cases, this Court has jurisdiction to award damages under Cyprus Amax Coal Co. v. United States, 205 F.3d 1369 (Fed. Cir. 2002), cert. denied, 532 U.S. 1065 (2001). In the meanwhile, however, the Justice Department raised a jurisdictional issue that would affect the recovery due for the first quarter in suit. The parties negotiated concerning the subject for some time while the plaintiff decided whether to submit an offer.

On January 31, 2006, the plaintiff did submit such an offer, which the trial attorney has submitted to his superiors along with the necessary memoranda and supporting documents. Because the Justice Department exhaustively considered the plaintiff's previous offer and

verified the amounts claimed, it begins its consideration of the present offer with much of the necessary work already completed.

The plaintiff's attorney has authorized the defendant's trial attorney to submit this document as a joint filing.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

Of Counsel

February 8, 2006