IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-516 T
(Judge Allegra)

JIM WALTER RESOURCES, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order of January 10, 2006, the parties submit this Joint Status Report. This document is being filed electronically.

On January 31, 2006, the plaintiffs submitted an offer to settle this case. The trial attorney drafted the necessary memoranda, collected the supporting documents, and obtained the approval of his immediate superiors, who forwarded the package to the Office of Review. That office is now considering the offer.

The plaintiff's attorney has authorized the defendant's trial attorney to submit this document as a joint filing.

Respectfully submitted,

s/Robert Stoddart

ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
(202) 307-6445; FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

March 10, 2006