IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-516 T
(Judge Allegra)

JIM WALTER RESOURCES, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's Order of January 10, 2006, the parties submit this Joint Status Report. This document is being filed electronically.

On January 31, 2006, the plaintiff submitted an offer to settle this case. The offer was accepted on behalf of the Attorney General, and the IRS service center has paid the resulting remittance. The parties will soon file a stipulation for dismissal of this case with prejudice.

The plaintiff's attorney has authorized the defendant's trial attorney to submit this document as a joint filing.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
(202) 307-6445; FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

June 9, 2006