IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-516 T
(Judge Allegra)

JIM WALTER RESOURCES, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant.

STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled case be dismissed with prejudice and that each party bear its own costs, including any possible attorneys' fees or other expenses of litigation .

ROBERT M. ROLFE
Hunton & Williams LLP
951 East Byrd Street
Richmond, Virginia 23219-4074
Tel: (804) 788-8379
FAX: (804) 788-8218
scolvin@hunton.com
Attorney for Plaintiff

6/9/06

ROBERT STODDART
Attorney of Record
U.S. Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445
FAX: (202) 514-9440
E-MAIL: Robert.C.Stoddart@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

Of Counsel 6/9/2006